Susan M. Benson, Esq.
**Susan M. Benson & Associates, LLP**
6345 Balboa Boulevard, Suite 112, Building 1
Encino, CA 91316
(818) 708-1250
(818) 708-1444 (fax)
BAR NO. 146837

(SPACE BELOW FOR FILING STAMP ONLY)

ATTORNEY FOR     PLAINTIFF,
FARMERS INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | Case No.: CV 09-1584BZ |
| Plaintiff, | **Order Continuing Case Management Conference** |
| vs. | **Date:  Time:** |
| UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

For Good Cause Shown, the Case Management Conference presently scheduled for August 3, at 4:00 p.m. 2009 is continued to __Sept. 14_____, 2009.  The court makes the following other orders:

Plaintiff shall serve this Order on defendant and shall report her filing problems to the ECF Help Desk at 1-866-638-7829.

DATED: 7/31/2009

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

ORDER RE CASE MANAGEMENT CONFERENCE