JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
THOMAS R. GREEN (SBN 203480)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415-436-7314
Facsimile: 415-436-6748
Email: thomas.green@usdoj.gov

ATTORNEYS FOR UNITED STATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | No. C 09-1584 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER SELECTING ADR PROCESS** |
| UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

The parties stipulate to participate in the following ADR process: Mediation through the Court's ADR Department.

DATED: September 22, 2009

SUSAN M. BENSON & ASSOC., LLP
 /s/
Susan M. Benson
Attorneys for Plaintiff

DATED: September 22, 2009

JOSEPH P. RUSSONIELLO
United States Attorney
 /s/
THOMAS R. GREEN
Assistant United States Attorney
Attorneys for United States

**IT IS SO ORDERED:**

DATED: 10/2/09

UNITED STATES DISTRICT JUDGE