JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
THOMAS R. GREEN (SBN 203480)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415-436-7314
Facsimile: 415-436-6748
Email: thomas.green@usdoj.gov

ATTORNEYS FOR UNITED STATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,  )<br>  )<br>      Plaintiff,   )<br>  )<br>   v.   )<br>  )<br>UNITED STATES POSTAL SERVICE,  )<br>  )<br>      Defendants.   )<br>_____ ) | No. C 09-1584 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C 09-1584 CW                                                    -1-

The parties stipulate to participate in the following ADR process:  Mediation through the Court's ADR Department.

DATED:  September 22, 2009         SUSAN M. BENSON & ASSOC., LLP
                                     /s/
                                   Susan M. Benson
                                   Attorneys for Plaintiff

DATED:  September 22, 2009         JOSEPH P. RUSSONIELLO
                                   United States Attorney
                                     /s/
                                   THOMAS R. GREEN
                                   Assistant United States Attorney
                                   Attorneys for United States

**IT IS SO ORDERED:**

DATED:  10/2/09

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C 09-1584 CW                          -2-