IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FARMERS INSURANCE EXCHANGE,　　　　　　No. C 09-01584 CW

　　　　Plaintiff,　　　　　　　　　　　<u>CONDITIONAL ORDER
　　　　　　　　　　　　　　　　　　　　　OF DISMISSAL</u>
　　v.

UNITED STATES POSTAL SERVICE,

　　　　Defendant.
_____/

　　　　The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

　　　　IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

　　　　IT IS SO ORDERED.

Dated: 1/20/10　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge